# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN M. LINKES, | ) |
| **Plaintiff,** | ) |
| v. | ) CAUSE NO. 06-850-WDS |
| MERCK & CO., INC., et al., | ) |
| **Defendants.** | ) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 8, 2006.**

        **s/ WILLIAM D. STIEHL**
         **DISTRICT JUDGE**

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Case No. 06-850-GPM.

Dockets.Justia.com