IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN M. LINKES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CAUSE NO. 06-850-WDS |
| | ) |
| MERCK & CO., INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

    This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

    **IT IS SO ORDERED.**

    **DATED: November 8, 2006.**


                                              **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**


Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Case No. 06-850-GPM.